IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY PAUL WEIDNER, : | CIVIL ACTION NO. 3:12-CV-0709 |
| Plaintiff, : | (Chief Judge Conner) |
| v. : | |
| MICHAEL J. ASTRUE, Commissioner : of Social Security, : | |
| Defendant. : | |

## ORDER

AND NOW, this 7th day of March, 2014, upon consideration of the complaint (Doc. 1) of plaintiff Zachary Paul Weidner ("Weidner") seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying Weidner's claim for social security and disability benefits, the Commissioner's answer thereto (Doc. 4), the transcript of the administrative proceedings (Doc. 5), and the parties' briefs (Docs. 7, 12, 15), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court shall enter judgment in favor of Zachary Paul Weidner and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner denying Zachary Paul Weidner's application for benefits is VACATED and the case REMANDED to the Commissioner for further proceedings and issuance of a new decision consistent with the accompanying memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania